LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff TONY MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>PETSMART, INC. dba PETSMART #051; CHK, INC.<br><br>  Defendants.<br>_____ / | Case No. CIV.S 05-1971 GEB KJM<br><br>**[PROPOSED] ORDER RE: REQUEST FOR DISMISSAL OF CHK, INC.** |

IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with prejudice as to defendant CHK, Inc.

Dated: March 30, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1

**[PROPOSED] ORDER RE: REQUEST FOR DISMISSAL OF CHK, INC.**