IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>PETSMART, INC.,<br><br>        Defendant.\*\* | 2:05-cv-1971-GEB-KJM<br><br>ORDER\* |

        Defendant Petsmart moves for leave to file a cross-claim under Federal Rule of Civil Procedure 13 or, in the alternative, a third-party claim for indemnity under Rule 14.  The unopposed motion is granted.  Defendant has fourteen days leave from the date on which this Order is filed to file and serve the Proposed Cross-Claim lodged July 14, 2006.  However, since CHK, Inc. was dismissed as a party from this action on March 31, 2006, it is no longer a "co-party" within the meaning of Rule 13.  Thus, Defendant's Proposed Cross-Claim

---

    \*    This matter was deemed suitable for decision without oral argument.  L.R. 78-230(h).

    \*\*    The caption has been modified according to the Order filed March 31, 2006, in which CHK, Inc. was dismissed as a party from this action.

1

is actually a third-party claim for indemnity under Rule 14 and shall be titled as such when filed.

IT IS SO ORDERED.

Dated:  July 27, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge